No. 10-8817. **Mike Peter Gallardo, Petitioner v. Arizona.**

563 U.S. 910, 131 S. Ct. 1796, 179 L. Ed. 2d 665, 2011 U.S. LEXIS 2465.

March 28, 2011. Petition for writ of certiorari to the Supreme Court of Arizona denied.

Same case below, 225 Ariz. 560, 242 P.3d 159.

No. 10-8826. **Shane Ryan Sanches, Petitioner v. Anthony Hedgpeth, Warden.**

563 U.S. 910, 131 S. Ct. 1797, 179 L. Ed. 2d 665, 2011 U.S. LEXIS 2474.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 381 Fed. Appx. 710.

No. 10-8895. **Willie F. Hale, Petitioner v. Florida Parole Commission.**

563 U.S. 910, 131 S. Ct. 1797, 179 L. Ed. 2d 665, 2011 U.S. LEXIS 2572.

March 28, 2011. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 51 So. 3d 1154.

No. 10-8897. **Charles E. Gray, Petitioner v. Steve Larkins, Warden.**

563 U.S. 910, 131 S. Ct. 1797, 179 L. Ed. 2d 665, 2011 U.S. LEXIS 2424, ■

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

No. 10-8898. **Malik Alqadr Ihsan, aka Roger Mayweather, Petitioner v. Timothy Wilkinson, Warden, et al.**

563 U.S. 910, 131 S. Ct. 1797, 179 L. Ed. 2d 665, 2011 U.S. LEXIS 2558.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 10-8962. **Sammie Dubberly, II, Petitioner v. Edwin G. Buss, Secretary, Florida Department of Corrections, et al.**

563 U.S. 910, 131 S. Ct. 1809, 179 L. Ed. 2d 665, 2011 U.S. LEXIS 2527.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 10-8992. **Teresa Flores, as Executrix of the Estate of Hector Flores, Deceased, Petitioner v. John Fox, Warden, et al.**

563 U.S. 910, 131 S. Ct. 1797, 179 L. Ed. 2d 665, 2011 U.S. LEXIS 2551.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 394 Fed. Appx. 170.

No. 10-8998. **Keith Krause, Petitioner v. Timothy Wengler, Warden.**

563 U.S. 910, 131 S. Ct. 1798, 179 L. Ed. 2d 665, 2011 U.S. LEXIS 2508.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.